# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:11CR357 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TRISTAN CHANNING RUNNELS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of First Assistant Federal Public Defender Shannon P. O'Connor and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Tristan Channing Runnels (Runnels) (Filing No. 22). Mr. O'Connor represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Mr. O'Connor's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 22) is granted.

Peder Bartling, 209 South 19th Street, #500, NE 68102, (402) 342-4218, is appointed to represent Runnels for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. O'Connor shall forthwith provide Mr. Bartling with the discovery materials provided the defendant by the government and such other materials obtained by Mr. O'Connor which are material to Runnels' defense.

The clerk shall provide a copy of this order to Mr.Bartling, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 20th day of January, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge